PD-0015-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/17/2015 4:53:53 PM
Accepted 2/18/2015 7:33:48 AM
ABEL ACOSTA
CLERK



### LAW OFFICES OF
# EDWARD A. BARTOLOMEI, P.L.L.C.
### ATTORNEY AND COUNSELOR AT LAW

EDWARD A. BARTOLOMEI
BARTLAW2003@YAHOO.COM

530 LEXINGTON AVENUE

SAN ANTONIO, TEXAS 78215
—————
TELEPHONE (210) 225-0393

FACSIMILE (210) 227-8529

ROXANA REYES
Paralegals
BARTLAW2003LA@YAHOO.COM

SYLVIA ALMAGUER
Firm Investigator
(210) 523-0505

FILED IN
COURT OF CRIMINAL APPEALS

February 20, 2015

ABEL ACOSTA, CLERK

February 17, 2015

Mr. John Brown
Chief Deputy Clerk
Court of Criminal Appeals
PO Box 12308, Capitol Station
Austin, Texas 78711

**RE: IN THE MATTER OF THE STATE OF TEXAS vs. MICHAEL ERIC RENDON
CCA NO. PD-0015-15, COA NO. 13-13-00666-CR
TRIAL COURT CASE NO. 12-8-26806-D**

Dear Mr. Brown,

Pursuant to your instructions this morning regarding your letter of February 6, 2015 concerning the above referenced matter; please be advised that I will not be representing Mr. Rendon on PDR in this case. Mr. Rendon has retained Mr. Edward Shaughnessy to represent him in this matter. Mr. Shaughnessy will be entering his appearance by a separate notice of appearance.

Very truly yours,

THE LAW OFFICE OF
EDWARD A. BARTOLOMEI, P.L.L.C.

EDWARD A. BARTOLOMEI

EAB/rr
cc: file

*Concerned, Committed, Qualified, Criminal Defense*